UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STC MARINE, LLC,

                 Plaintiff,

-against-

THE BARGE JT CLEARY 750, HER TACKLE, ETC. *IN REM*, AND JT CLEARY, INC., *IN PERSONAM*,

                 Defendants.

1:16-cv-03748-DLI-CLP

### CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of July, 2016, this Honorable Court's **July 22, 2016 ELECTRONIC ORDER** was sent via electronic mail to the following counsel for defendants JT Cleary, Inc. and the barge JT CLEARY 750:

        Gino A. Zonghetti, Esq.
        Kaufman Dolowich & Voluck, LLP
        21 Main Street
        Suite 251
        Hackensack, New Jersey 07601
        gzonghetti@kdvlaw.com

*/s/ William R. Bennett*

William R. Bennett, III